**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DONALD MORRISON, an individual;
PETER SHAW, an individual; ESTATE
OF JOSEPH W. BEHRNS, SR., by
assignee, DOUGLAS BERHNS;
HAROLD EVANS, an individual;
ESTATE OF EUGENE CHARLES
HAMILTON, JR., by Personal
Representative, ADAM HAMILTON;
DEBRA GRAY, an individual;
EDWARD AND DIANA JOHNSON, a
married couple; ESTATE OF AMANDA
L. LITTLE, by Personal Representative,
WILLIAM LITTLE, JR.; ESTATE OF
GERALD HIBBARD, by heir and
representative, TERESA
BLACKMORE; VICKI CURRIGAN, an
individual; CHRIS SIMPSON, an
individual; STEPHEN AND JEANNE
VICSIK, a married couple; RAYMOND
BACHTAL, an individual; ESTATE OF
FAY SWINEHART a/k/a CLARA FAY
SWINEHART, by Personal
Representative, NANCY HEFLEY;
BRAD AND NICHOLE SCHULZ, a
married couple; NATHAN PIERCE, an
individual; ESTATE OF JULIA S.
JOHNSON, by heir and representative,
JULIA B. JOHNSON; AARON KING,
an individual; KIMBERLY
LAWRENCE, an individual; ESTATE
OF LISA K. LEE, by heir and
representative, JEFFREY LEE;
MICHAEL EPSTEIN, an individual;
KIM FOWLER, an individual; and
TIMOTHY AND JUNE HUTCHINGS, a
married couple,

Case No. 2:23-cv-00120
Hon. Paul L. Maloney

Plaintiffs,

vs.

GOGEBIC COUNTY, a Governmental Unit; LISA HEWITT, in her individual and official capacity; SUE PERTILE, in her individual and official capacity; HOUGHTON COUNTY, a Governmental Unit; LISA MATTILA, in her individual and official capacity; KATHLEEN BEATTIE, in her individual and official capacity; WEXFORD COUNTY, a Governmental Unit; KRISTI NOTTINGHAM, in her individual and official capacity; JAYNE STANTON, in her individual and official capacity; KALAMAZOO COUNTY, a Governmental Unit; THOMAS WHITENER, in his individual and official capacity; MARY BALKEMA, in her individual and official capacity; IONIA COUNTY, a Governmental Unit; JUDITH CLARK, in her individual and official capacity; ST. JOSEPH COUNTY, a Governmental Unit; KATHY HUMPHREYS, in her individual and official capacity; JUDIE RATERING, in her individual and official capacity; MUSKEGON COUNTY, a Governmental Unit; TONY MOULATSIOTIS, in his individual and official capacity; CALHOUN COUNTY, a Governmental Unit; BRIAN WENSAUR, in his individual and official capacity; CHRISTINE SCHAUER, in her individual and official capacity; BERRIEN COUNTY, a Governmental Unit; SHELLY VANDECAR, in her individual and

official capacity; and BRET
WITKOWSKI, in his individual and
official capacity,

    Defendants.

---

## CORRECTED NOTICE OF VOLUNTARY DISMISSAL
## <u>PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, June C. and Timothy J. Hutchings, and Michael Epstein, hereby give notice their claims against Berrien County are voluntarily dismissed. Defendant Berrien County has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiffs notice voluntary dismissal of their claims in this action against Berrien County, without prejudice. **This Notice does not dismiss the claims of any other Plaintiff.** See Fed. R. Civ. P. 41(a)(1)(B).

Dated: December 19, 2025

Respectfully Submitted,

**THE MILLER LAW FIRM, P.C.**

<u>/s/ E. Powell Miller</u>
E. Powell Miller (P39487)
Christopher D. Kaye (P61918)
950 W University Drive, Ste 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com
cdk@millerlawpc.com

*Counsel for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 19, 2025, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, PC**
950 W University Drive, Ste 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com

*Counsel for Plaintiffs*