UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

* * * * *

DONALD MORRISON, et al.

       Plaintiffs,                Case No. 2:23-cv-00120

-vs-                          HON. PAUL L. MALONEY

GOGEBIC COUNTY, et al.

       Defendants.

---

**STIPULATION REGARDING DISMISSAL OF CLAIMS
BY EDWARD AND DIANA JOHNSON**

---

1

COME NOW the parties, Plaintiffs EDWARD AND DIANA JOHNSON ("Plaintiffs"), and Defendant KALAMAZOO COUNTY ("County Defendant"), and hereby stipulate and agree that the Plaintiffs' claims against County Defendant shall be dismissed with prejudice and without costs or fees to either party.

Dated: April 14, 2026  /s/ Donald R. Visser_____
**Donald R. Visser (P24961)**
VISSER AND ASSOCIATES, PLLC
*Counsel for Plaintiffs*
2480 44th Street, SE, Suite 150
Kentwood, MI 49512
(616) 531-9860
donv@visserlegal.com


Dated: April 14, 2026  /s/ Allan C. Vander Laan_____
**Allan C. Vander Laan (P33893)**
CUMMINGS, McCLOREY, DAVIS & ACHO
*Counsel for Defendant Kalamazoo County*
2851 Charlevoix DR., SE. – Suite 203
Grand Rapids, MI 49546
(616) 975-7470
avanderlaan@cmda-law.com

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

* * * * * * *

DONALD MORRISON, et al.

       Plaintiffs,                  Case No. 2:23-cv-00120

-vs-                              HON. PAUL L. MALONEY

GOGEBIC COUNTY, et al.

       Defendants.

---

**ORDER OF DISMISSAL OF CLAIMS
BY EDWARD AND DIANA JOHNSON**

---

Upon stipulation of the parties and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiffs EDWARD AND DIANA JOHNSON ("Plaintiffs") claims against KALAMAZOO COUNTY are dismissed with prejudice and without costs or fees to either party.


Dated: _____, 2026           _____

                                  Hon. Paul L. Maloney
                                  U.S. District Court Judge