UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

\* \* \* \* \*

DONALD MORRISON, et al.

                Plaintiffs,               Case No. 2:23-cv-00120

-vs-                              HON. PAUL L. MALONEY

GOGEBIC COUNTY, et al.

                Defendants.

---

**STIPULATION REGARDING DISMISSAL OF CLAIMS
BY ESTATE OF JULIA S. JOHNSON BY HEIR AND REPRESENTATIVE
JULIA B. JOHNSON, AARON KING, AND ESTATE OF LISA K. LEE BY
HEIR AND REPRESENTATIVE JEFFREY LEE**

---

COME NOW the parties, Plaintiffs ESTATE OF JULIA S. JOHNSON, by heir and representative, JULIA B. JOHNSON, AARON KING, and ESTATE OF LISA K. LEE, by heir and representative, JEFFREY LEE, ("Plaintiffs"), and Defendant CALHOUN COUNTY ("County Defendant"), and hereby stipulate and agree that the Plaintiffs' claims against County Defendant shall be dismissed with prejudice and without costs or fees to either party.

Dated: April 15, 2026

/s/ Donald R. Visser_____
**Donald R. Visser (P24961)**
VISSER AND ASSOCIATES, PLLC
*Counsel for Plaintiffs*
2480 44th Street, SE, Suite 150
Kentwood, MI 49512
(616) 531-9860
donv@visserlegal.com

Dated: April 15, 2026

/s/ Charles A. Lawler_____
**Charles A. Lawler (P65164)**
CLARK HILL, PLC
*Counsel for Defendant Calhoun County*
215 S. Washington Square, Suite 200
Lansing, MI 48933
(517) 318-3016
clawler@clarkhill.com

2

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION
* * * * * * *

DONALD MORRISON, et al.

                Plaintiffs,

-vs-

GOGEBIC COUNTY, et al.

                Defendants.

Case No. 2:23-cv-00120

HON. PAUL L. MALONEY

_____

**ORDER OF DISMISSAL OF CLAIMS
BY ESTATE OF JULIA S. JOHNSON BY HEIR AND REPRESENTATIVE
JULIA B. JOHNSON, AARON KING, AND ESTATE OF LISA K. LEE BY
HEIR AND REPRESENTATIVE JEFFREY LEE**

_____

Upon stipulation of the parties and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiffs ESTATE OF JULIA S. JOHNSON, by heir and representative, JULIA B. JOHNSON, AARON KING, and ESTATE OF LISA K. LEE, by heir and representative, JEFFREY LEE, ("Plaintiffs") claims against CALHOUN COUNTY are dismissed with prejudice and without costs or fees to either party.

Dated: ___April 17___, 2026

/s/ Paul L. Maloney
_____
Hon. Paul L. Maloney
U.S. District Court Judge

2